No. 95–9311. JONES v. BAUSCH & LOMB, INC. C. A. 2d Cir. Certiorari denied.

No. 95–9312. CAMPBELL v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–9313. ZU MIKE v. RENO, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 95–9315. WILLIAMS v. COUSIN-WILLIAMS. Ct. App. Neb. Certiorari denied.

No. 95–9316. HERNANDO RAMIREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–9317. SKEET v. CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 95–9318. RAMER v. NESS ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–9319. BENTLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–9321. JONES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–9322. KLADE, AKA KLADY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–9324. REZAABADY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–9325. SANTANA-MOLINA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–9326. BRINKLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–9327. RAGLAND v. HUNDLEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 95–9328. POLITE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.